Decision Per Curiam.

---

Atlantic Coast Line Railroad Company, a corporation, Plaintiff in Error, v. G. G. Register, Defendant in Error.

(Supreme Court of Florida, Division B, November 23, 1905.)

Writ of Error to Circuit Court, Suwannee County; B. H. Palmer, Judge.

*John E. Hartridge* and *J. B. Johnson,* for Plaintiff in Error.

No appearance for the Defendant in Error.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff and the defendant takes writ of error. Judgment affirmed.